**Burl Anderson HOWELL; Alice Annette Howell, Plaintiff-Appellants,**

v.

**Daniel M. HORNE, Jr., Defendant-Appellee.**

**No. 17-2000**

United States Court of Appeals, Fourth Circuit.

Submitted: December 18, 2017

Decided: December 22, 2017

Burl Anderson Howell, Alice A. Howell, Appellants Pro Se. Grady L. Balentine, Jr., Special Deputy Attorney General, NORTH CAROLINA DEPARTMENT OF JUSTICE, Raleigh, North Carolina, for Appellee.

Before WILKINSON, DUNCAN, and AGEE, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Burl Anderson Howell and Alice Annette Howell appeal the district court's order dismissing their 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Howell v. Horne*, No. 5:17-cv-00126-BO, 2017 WL 3624235 (E.D.N.C. Aug. 23, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*